## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LINE CONSTRUCTION RETIREE BENEFIT FUND,
                Plaintiff,
v.
TIEDE'S LINE CONSTRUCTION, INC., a Kansas Corp.,
                Defendant.

Case Number:

FILED: APRIL 16, 2008
08CV2160     PH
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LINE CONSTRUCTION RETIREE BENEFIT FUND

| | |
|---|---|
| NAME (Type or print) ROBERT B. GREENBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Robert B. Greenberg | |
| FIRM ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| STREET ADDRESS 200 West Jackson Boulevard, Suite 1900 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 01047558 | TELEPHONE NUMBER 312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |