AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LINE CONSTRUCTION RETIREE
BENEFIT FUND,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

v.

CASE NUMBER: 08CV2160

TIEDE'S LINE CONSTRUCTION,
INC., a Kansas Corporation,

ASSIGNED JUDGE: JUDGE ZAGEL

Defendant.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

TIEDE'S LINE CONSTRUCTION, INC., a Kansas Corporation
c/o:  EUGENE A. TIEDE, REGISTERED AGENT
      1939 Emmett
      Haysville, KS 67060

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 16, 2008
_____
Date



UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LINE CONSTRUCTION RETIREE BENEFIT FUND** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: 08CV2160 |
| vs. | |
| **TIEDE'S LINE CONSTRUCTION, INC., A KANSAS CORPORATION** | AFFIDAVIT OF SERVICE OF: **SUMMONS AND COMPLAINT** |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the 28th day of April, 2008, at 3:20 PM, at the address of Tiede's Line Construction Inc., 1939 EMMETT, HAYSVILLE, Sedgwick County, KS 67060; this affiant served the above described documents upon TIEDE'S LINE CONSTRUCTION, INC., A KANSAS CORPORATION, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Jim Tiede, President, A white male approx. 45-55 years of age 5'10"-6'0" in height weighing 200-220 lbs with red hair.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of Illinois that the statement above is true and correct.

_____(signature)_____
Dan Boyd, Butler, KS

SUBSCRIBED AND SWORN to before me this 28th day of April, 2008

_____(signature)_____
NOTARY PUBLIC in and for the State of Kansas

PAT SHAFFER
MY COMMISSION EXPIRES
7-29-09

FOR: ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.

ORIGINAL PROOF OF SERVICE

Tracking #: 5352002 SEA