
Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2160 | **DATE** | 8/28/2008 |
| **CASE TITLE** | LINE CONSTRUCTION RETIREE BENEFIT FUND vs. TIEDE'S LINE CONSTRUCTION, INC. | | |

**DOCKET ENTRY TEXT**

Enter order of dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

Case 1:08-cv-02160   Document 7   Filed 08/28/2008   Page 1 of 1

08C2160 LINE CONSTRUCTION RETIREE BENEFIT FUND vs. TIEDE'S LINE CONSTRUCTION, INC.   Page 1 of 1